## ANDERSON v. JACKSON COUNTY BD. OF EDUCATION

No. 713P85.

Case below: 76 N.C. App. 440.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 February 1986.

## BOGGS v. N.C. DEPT. OF TRANSPORTATION

No. 622P85.

Case below: 76 N.C. App. 679.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.

## BOLTON CORP. v. T. A. LOVING CO.

No. 715PA85.

Case below: 77 N.C. App. 90.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 18 February 1986.

## CALHOUN v. CALHOUN

No. 559P85.

Case below: 76 N.C. App. 305.

Petition by defendants for discretionary review under G.S. 7A-31 denied 18 February 1986.

## CLAYCOMB v. HCA-RALEIGH COMMUNITY HOSP.

No. 571P85.

Case below: 76 N.C. App. 382.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.